HERMAN L. THIEME, *Administrator, etc., Appellant, v.* WILLIAM GANS and others, *Respondents.*— Judgment reversed and new trial granted, costs to abide event, unless the parties consent to a modification of the judgment in conformity with opinion, in which case judgment modified without costs to either party. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

RICHARD B. MARKS and ELESTER ROSE, *as Overseers of the Poor, etc., Appellants, v.* JOHN CONNELL, *Respondent.* (No. 1.) — Judgment of County Court reversed, and that of Justice affirmed, with costs. Opinions by BARNARD, P. J., and GILBERT, J.

SAME *v.* SAME. (No. 2.) — Judgment reversed, and that of Justice affirmed, with costs. Opinion by GILBERT, J.

WILLIAM RILEY, *Appellant, v.* ALLEN TAYLOR, *Respondent.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

JAMES HENRY, *Respondent, v.* STATEN ISLAND RAILWAY COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

WILLIAM H. BURBANK, *Respondent, v.* MICHAEL REED and JAMES CHAMBERS, *Appellants.* — Order reversed, with ten dollars costs and disbursements. Opinion by GILBERT, J.; BARNARD, P. J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN MULLANEY *v.* MATTHEW H. ELLIS, City Judge, etc. — Judgment affirmed, with costs. Opinion by DYKMAN, J.; dissenting opinion by BARNARD, P. J.

JANE DOCKETY *v.* ANDREW MILLER.— Judgment affirmed, with costs, no papers having been submitted by appellant by 10th January, 1881, according to order of General Term.

ROBERT H. BERDELL, *Respondent, v.* HARRIET B. BERDELL, *Appellant.* — Order affirmed, without costs. BARNARD, P. J., not sitting.

THE WILLIAMSBURGH CITY FIRE INSURANCE COMPANY, *Respondent, v.* ANTOINETTE L. GILBERT and others, *Appellants.*— Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.